IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HERMINE E. RUSSELL-DRAKE, and DIANE N. PRINGLE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 6:23-cv-03361-MDH |
| UR MENDOZA JADDOU, and HONORABLE ALEJANDRO MAYORKAS, | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Plaintiffs Hermine E. Russell-Drake and Diane N. Pringle's Notice of Voluntary Dismissal (Doc. 9) wherein pursuant to Federal Rules of Civil Procedure 41(a), voluntarily dismiss this action against all Defendants without prejudice.

WHEREFORE, after review, the Court **ORDERS** that this matter is dismissed in its entirety, without prejudice.

**IT IS SO ORDERED.**

DATED: September 13, 2024

                                                                   */s/ Douglas Harpool*
                                                                   **DOUGLAS HARPOOL**
                                                                   **UNITED STATES DISTRICT JUDGE**